1
2
3
4
5
6
7               IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,                    CASE NO. CR F 06-0361 LJO

11                     Plaintiff,                 **FINAL ORDER TO RELIEF**
            vs.                                    (Doc. 61.)
12
     DAVID W. UNGER,
13
                       Defendant.
14
     _____/
15

16          On April 20, 2007, defendant David W. Unger ("defendant") plead guilty to violation of 18

17   U.S.C. § 2252(a)(4)(B), possession of material involving the sexual exploitation of minors.  On

18   November 16, 2007, defendant was sentenced to 87 months imprisonment.  Since his sentencing,

19   defendant has filed numerous papers (many of which were untimely) with this Court and the Ninth

20   Circuit Court of Appeals to attempt unsuccessfully to challenge his sentence and to obtain related relief.

21   This Court has reviewed the record and all papers filed by defendant.  The record and papers filed by

22   defendant fail to support relief requested by defendant, including a sentence reduction, setting aside his

23   sentence or related relief.  *See Crain v. Commissioner*, 737 F.2d 1417, 1417 (5th Cir. 1984) ("We

24   perceive no need to refute these arguments with somber reasoning and copious citation of precedent; to

25   do so might suggest that these arguments have some colorable merit.")  On June 4, 2013, defendant

26   again filed papers seeking relief which this Court is unable to grant.  As such, this Court DENIES

27   defendant relief requested by his papers filed on June 4, 2013 and directs the clerk to term doc. 61.

28          This Court ADMONISHES defendant that it will tolerate no further frivolous filings and will

                                                    1

strike and return such documents to defendant.

      IT IS SO ORDERED.

**Dated:**   **June 6, 2013**          **/s/ Lawrence J. O'Neill**

                                  UNITED STATES DISTRICT JUDGE